

United States District Court
Eastern District of California

ELIZABETH HAVILAND,

Plaintiff(s)

V.

STUDENTUNIVERSE.COM INC., et al.

Defendant(s)

Case Number: 2:24-cv-02113-DJC-SCR

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Patrick Morley hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
Defendant Studentuniverse.com

On 12/06/2021 (date), I was admitted to practice and presently in good standing in the
Supreme Court of the State of New York (court).  A certificate of good standing from that court is
submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court.  (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

Date: 08/19/2024                    Signature of Applicant: /s/ Patrick Morley

**Pro Hac Vice Attorney**

Applicant's Name: Patrick Morley

Law Firm Name: Bracewell LLP

Address: 31 West 52nd Street, 19th Floor

City: New York     State: NY     Zip: 10019

Phone Number w/Area Code: (212) 938-6432

City and State of Residence: New York, New York

Primary E-mail Address: patrick.morley@bracewell.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Andrew B. Brettler

Law Firm Name: Berk Brettler LLP

Address: 9119 Sunset Boulevard

City: West Hollywood     State: CA     Zip: 90069

Phone Number w/Area Code: (310) 278-2111     Bar # 262928

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: <u>August 20, 2024</u>

HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE