ROBERT TAULER (BAR NO. 241964)
NARAIN KUMAR (BAR NO. 301533)
TAULER SMITH, LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Telephone: (310) 590-3927
Email: rtauler@taulersmith.com
Email: nkumar@taulersmith.com

*Attorneys for Plaintiff Elizabeth Haviland*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| ELIZABETH HAVILAND, individually and on behalf of all others similarly situated<br><br>                     Plaintiff,<br><br>    v.<br><br>STUDENTUNIVERSE.COM INC., a Massachusetts corporation; and DOES 1 through 25, inclusive<br><br>                  Defendants. | Case No.  2:24-cv-02113-DJC-SCR<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Elizabeth Haviland and Defendant StudentUniverse.com, Inc. have reached a settlement in the above-captioned case. The parties expect to comply with all terms of the settlement agreement within the next thirty (30) days, at which time and assuming compliance of all obligations by all parties, Plaintiff will dismiss her individual claims with prejudice.

DATED: September 23, 2024                 TAULER SMITH LLP


By:    */s/ Robert Tauler*
       Robert Tauler, Esq.
       *Attorney for Plaintiff*
       *Elizabeth Haviland*

-2-

## CERTIFICATE OF SERVICE

I hereby certified that I served the foregoing document on all parties of record via the Court's CM/ECF system.


DATED: September 23, 2024                    TAULER SMITH LLP


                                  By:    /s/ Robert Tauler
                                         Robert Tauler, Esq.
                                         *Attorney for Plaintiff*
                                         *Elizabeth Haviland*